FILED
2018 NOV 29 AM 3:51

Name: Bukeka Chandler McCrary
Address: 21411 Plane Tree Ln. #205
Santa Clarita, CA. 91321
Phone: 310-905-2384
Plaintiff In Pro Per

CV18-10001-JAK(JPRx)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bukeka Chandler McCrary ) Case No.: _____
                        ) (To be supplied by the Clerk)
         PLAINTIFF,     ) COMPLAINT FOR:
                        )
    vs.                 ) Civil action under Title VII of
UCLA Health, University of California, ) the Civil Rights Act of 1964,
Los Angeles, UC Regents, Farah Elahi, ) as amended, 42 U.S.C. 2000e,
Samantha Cao, Lillian Martinez, ) et seq.
Taisha Booker, + Lateia Clark )
                        )
_____ ) Jury Trial Demanded
         DEFENDANT(S).  )
                        )

## I. JURISDICTION

1. This Court has jurisdiction under Federal question jurisdiction arises pursuant to 42 U.S.C. 2000e, et seq.

---
Pro Se Clinic Form                    Page Number
                    1

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. 1391

## III. PARTIES

3. Plaintiff's name is Bureka Chencher McCrary. Plaintiff resides at: 21411 Plane Tree Ln. #205 Santa Clarita, CA. 91321

4. Defendant UCLA Health, employer This defendant is being sued in its Official capacity

5. Defendant University of California, Los Angeles, employer (parent organization) This defendant is being sued in its official capacity

2
Page Number

___. Defendant **UC Regents, Board of Directors**
*Insert ¶ #*

This defendant is being sued in their official capacity

___. Defendant **Farah Elahi, Chief of Operations**
*Insert ¶ #*

This defendant is being sued in her official capacity

___. Defendant **Samantha Cao, Supervisor**
*Insert ¶ #*

This defendant is being sued in her individual and official capacity

___. Defendant **Lillian Martinez, Direct of Faculty Practice Group**
*Insert ¶ #*

This defendant is being sued in her individual and official capacity

___. Defendant Taisha Booker
*Insert ¶ #*

Individually and as HR Director of the Faculty Practice Group This defendant is sued in her individual and official capacity.

___. Defendant Lateia Clark
*Insert ¶ #*

Individually and as the Project Manager within the Faculty Practice Group This defendant is sued in her individual and official capacity.

___. Defendant _____
*Insert ¶ #*

___. Defendant _____
*Insert ¶ #*


## IV. STATEMENT OF FACTS

___. Bukeka Chandler-McCrary is currently employed as an Administrative Specialist at UCLA Health. She has been in this position for almost 5 years, however, she has been employed at UCLA Health for 6 years. She has a M.S. degree in Administration and a B.S. degree in Marketing. She is a published author and has a strong background in management, sales, administration and customer service. She volunteers for a nonprofit that has professional military veterans who serve youth through a successful after school program that creates young leaders.

___. Bukeka made the conscious decision to accept a lower position to get hired on at UCLA Health to gain experience in the health care field. Her plan was to get her "feet wet" at the grass roots level and worked her way up, as this was never a problem for her. At this point of her career, she had never experienced challenges in advancing, had never been written up, or had ever had a need to review her personnel file. This all changed when she joined Samantha Cao's Team in March 2014.

___. Despite a few bullying incidents and bouts of humiliation in front of team members, the incident that triggered Bukeka to stand up for herself, occurred on 9/30/16. Samantha (Supervisor) was aware of a worker's comp Bukeka filed related to a rash she developed on the job. Per the referred physician, she need to find a temporary workspace so that the carpet could be sprayed. Samantha recommended she share Lateia's office, which was most accommodating and suggested Bukeka ask Lateia to share her workspace.

___. Bukeka made the ask via email and Lateia denied her request and shared details of her worker's comp claim in the email. Bukeka was shocked because she had never shared any details about her worker's comp claim with Lateia. After discussing this matter with Samantha and expressing concern about Lateia's response in the email, Bukeka was written up by Samantha on 10/4/16 and was told several times how unprofessional she was in the email and how professional Lateia was in her response. She felt she was being retaliated against.

___. When Bukeka questioned Lateia's professionalism, Samantha made it clear that Lateia's supervisor, Lillian Martinez (the Director of the Faculty Practice Group at the time) would be responsible for addressing Lateia regarding this matter. Bukeka felt Lateia would never be held accountable for her actions because she and Lillian are like best friends. When Bukeka reviewed the incident with Taisha Booker, the HR Director, she did not offer any recourse. Bukeka asked her not to share what was discussed as she was not sure what she was going to do.

___. That same day after speaking with Taisha, Bukeka noticed a change in Samantha, Lateia and Lillian's behavior towards her. She noticed a change in other people's behavior towards her as well, particularly those whom Lateia and Lillian communicated with. They used to speak and stopped speaking to her.

___. Later in October 2016, Bukeka and all the employees were encouraged to complete an Employee Engagement Survey which was supposed to be anonymous. It was at this time Bukeka shared her experience with bullying. She discovered there were several others who shared their experience with bullying on the survey. However, when the results came back, Lillian and Samantha said that the results were so bad that Farah Elahi, the Chief of Operations, did not want to share them. So, UCLA Health refused to address the issue of bullying in the work place.

___. Bukeka sent Taisha Booker an email on 12/20/16 requesting to see her personnel file. She met Taisha in the morning on 1/7/17 at a location where personnel files are not housed. It was at this time Bukeka discovered she had been written up by Samantha. The Letter of Intent was dated 10/20/14. She was never made aware of this write up, there were no verbal warning, no counseling, and no signatures. She also found her job description with someone else's signature on it and someone else's information in her personnel file.

___. Taisha immediately removed the other person's information from the file and told Bukeka that because it has been over 2 years she can remove the letter of intent. Bukeka expressed how this written warning has negatively impacted her career and that she hasn't been able to get an interview for years. Bukeka applied to 15 jobs that she was more than qualified for and was not able to land an interview. She discovered that Lillian, Lateria and Taisha are friends and hang out together outside of work.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(Retaliated against for contacting HR)
*insert title of cause of action*

(As against Defendant(s): Samantha Cao, Lillian Martinez, Taisha Booker, Lateia Clark, UC Regents, Farah Elahi, UCLA Health, Univ. of Cali, LA)

___. When Bukeka met with Samantha on 4/11/17 for her performance evaluation, she shared with her what she found in her personnel file. Samantha agreed to investigate the matter further and to follow up with her to discuss her findings. When they met again on 4/18/17, Samantha spoke untruths, had a very condescending tone and was impatient when asked questions.

___. Samantha's response during this meeting is what triggered Bukeka to file her first grievance. But before she did, she did her research and discovered several UCLA Health policies and procedures that were improperly applied by Samatha, Lillian, Taisha and Lateia Clark.

___. Bukeka submitted her first grievance on 5/15/17 to UCLA Health's Labor Relations and UC Regents. The 24 page document thoroughly addressed UCLA Health's provisions of PPSM 62, 70, 80, 81 and Disruptive Behavior Among Employees. HS 7313 that were improperly applied. It also included a request for a fair non-bias hearing to discuss these violations, the errors found in her personnel file and how they have negatively affected her career within UCLA Health.

8

## SECOND CAUSE OF ACTION

(Retaliated against for submitting 1st grievance.)
*insert title of cause of action*

(As against Defendant(s): Samantha Cao, Lillian Martinez, Farah Elahi, Taisha Booker, UC Regents, UCLA Health, University of California, LA

___. On June 29, 2017, Bukeka received an email from Samantha announcing her merit increase based on her performance evaluation. She received a 2% increase, which was approved by Lillian (her supervisor) and Taisha (HR Director).

___. In previous years, Bukeka's merit increase has been 3% based on the same performance evaluation rating. For this reason, she believed she was being retaliated against for filing her 1st grievance. She submitted a 2nd grievance regarding her 2% merit increase on 7/12/17 to Labor Relations & UC Regents.

___. Samantha Cao announced her promotion on 7/11/17 from Manager to Director of Integration and Adoption. Bukeka was shocked because in her eyes it looked like UCLA Health promoted the "bully" without acknowledging her cry for help and giving her a fair hearing.

9

Pro Se Clinic Form                                    Page Number

## THIRD CAUSE OF ACTION

(Retaliated/Discriminated against for filing 2nd grievance)
*insert title of cause of action*

(As against Defendant(s): Samantha Cao, Lillian Martinez, Taisha Booker, Fara Elahi, UC Regents, UCLA Health & University of CA, LA.)

___. On 8/23/17, Bukeka received an email from Samantha stating that she has a revised performance evaluation rating for Bukeka to sign. She presented the revised version on 8/24/18 showing a revised rating of "Meets Expectation" instead of the original rating of "Meets Expectations," which she received 4 months prior. Bukeka refused to sign it.

___. On 7/25/17, Samantha announced the promotion of Grace Lee, teammate, from an Analyst position to a Program Manager position. This position was never posted for others to apply. This was the 2nd time Grace Lee was "given" a promotion by Samantha without posting the position. Samantha and Grace are of Asian descent. Everyone else on Samantha's team were African American.

___. Grace Lee was given the Program Manager position without having any management experience. Bukeka was a Program Manager for 5 years in her job prior to joining UCLA Health. This triggered her filing a 3rd grievance on 8/24/17.

## FOURTH CAUSE OF ACTION

(Retaliation for submitting a 3rd grievance & filing with EEOC.
*insert title of cause of action*

(As against Defendant(s): Samantha Cao, Lillian Martinez, Taisha Booker, Farah Elahi, UC Regents, UCLA Health, Univ. of CA, LA.)

___. Bukeka filed EEOC Charge 480-2017-0296 on 10/3/17. She received an award incentive of $500 on 10/27/17 instead of the $1000 incentive award she has received in past years. UCLA Health denied the EEOC's request for mediation in November 2017. Bukeka received a letter from UCLA Health indicating she's eligible for a hearing and that they will attempt to schedule it within 80 days. The letter was dated 1/9/18.

___. Bukeka never received a hearing. On 1/26/18, UCLA Health submitted a position statement to the EEOC requesting to dismiss Bukeka's charge because "it has no merit." But yet, per the EEOC, UCLA Health was willing to accept a settlement proposal. Bukeka submitted a proposal for $514,032 on 7/6/18.

___. Per the EEOC, Bukeka's proposal was denied and UCLA Health was not willing to negotiate. The EEOC closed the case and forwarded it to the DOJ to issue a Right to Sue Letter, which Bukeka received dated 8/31/18. Bukeka continues to be retaliated against, feels black listed, and has been working two jobs since October 1, 2018 as a result of her teammate quitting. It is now 11/27/18.

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. An award of damages in an amount to be determined at trial, including compensatory damages, punitive damages, emotional pain and suffering and what Plaintiff would receive by the age of retirement to resign as she is still being retaliated and discriminated against as of 11/28/18. She believes her career is over at UCLA Health.

___. A formal apology from each individual defendant, particularly Samantha Cao, Lillian Martinez, Taisha Booker and Lateia Clark and ensure that UCLA Health have each person receive proper training (more hours) to avoid further bullying, harassment, discrimination and retaliation in the workplace.

___. A formal apology from UCLA Health and ensure a plan of action is put in place to address all complaints/grievances in a timely manner and that they adhere to all of their own policies & procedures as it relates to perpetrators of bullying, retaliation and discrimination.

___. To exonerate plaintiff of all court fees and have them covered by UCLA Health as this issue could have been resolved a long time ago had they attempted to resolve her grievances.

12

Pro Se Clinic Form    Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 11/28/18

Sign: Burcula C. McCrary
Print Name: Burceka C. McCrary
Plaintiff in pro per

Pro Se Clinic Form                    13
                                    Page Number