# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 18-10001-JAK (JPRx)**        Date: **December 9, 2019**
Title: **McCrary v. UCLA Health et al.**

================================================================

DOCKET ENTRY: **Order to Show Cause**

================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                           None present

**PROCEEDINGS: (IN CHAMBERS)**

On July 26, 2019, at the parties' request, the Court set a settlement conference for December 13. The Court ordered the parties to submit settlement-conference statements a week before the conference, or on December 6. Neither party did. Instead, on December 4, they filed a joint stipulation before Judge Kronstadt to continue the settlement-conference-cutoff date, without serving a courtesy copy on this Court. Judge Kronstadt has not yet ruled on the request.

This Court's July 26 order remains in effect unless and until Judge Kronstadt says otherwise. Nothing released the parties from their obligation to submit settlement-conference statements on December 6. Accordingly, the parties are ORDERED TO SHOW CAUSE in writing no later than Thursday, December 11, why they should not each be sanctioned $200 for failing to obey a court order. Further, unless Judge Kronstadt continues the settlement-conference cutoff AND the the parties are able to secure with this Court's courtroom deputy a date before the extended cutoff on which the Court is available to hold the conference, the conference will go forward this Friday and the parties must submit their settlement-conference statements no later than 4 p.m. on December 11.

    cc: Judge Kronstadt

MINUTES FORM 11                                                                   Initials of Deputy Clerk:bm
CIVIL-GEN