UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUKEKA CHANDLER MCCRARY,<br><br>Plaintiff,<br><br>v.<br><br>UCLA HEALTH, et al.,<br><br>Defendants. | No. 2:18-cv-10001-JAK-JPR<br><br>**JUDGMENT**<br><br>**JS-6** |

- 1 -

The jury having rendered a verdict in favor of Defendant, The Regents of the University of California, on March 21, 2023, and based thereon:

IT IS HEREBY ADJUDGED AND ORDERED that judgment is entered in favor of Defendant The Regents of the University of California and against Plaintiff Bukeka Chandler McCrary, and that Plaintiff Bukeka Chandler McCrary shall take nothing in this action. Each party is responsible for its own attorney's fees, if any, and costs, if any.

**IT IS SO ORDERED.**

Dated: April 18, 2023

John A. Kronstadt
United States District Judge

- 1 -